UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| DAWN M. SAMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN ELITE RECOVERY, LLC and LAW FIRM OF KARL FRANKOVITCH, LLC,<br><br>    Defendants. | 3:19-cv-02683-RV-MJF |

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT
AGAINST AMERICAN ELITE RECOVERY, LLC**

NOW comes DAWN M. SAMPSON ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd, pursuant to Fed. R. Civ. P. 55(a) request the Clerk of Court to enter a default against AMERICAN ELITE RECOVERY, LLC ("Defendant") for failure to plead or otherwise defend and in support states as follows:

1. On July 26, 2019, Plaintiff filed a Complaint alleging that the Defendant violated the Fair Debt Collection Practices Act ("FDCPA") under 15 U.S.C. §1692 *et seq*. [Dkt No. 1].

2. On August 9, 2019, Plaintiff served Defendant's Registered Agent, Mark Miller, with a copy of the Summons and Complaint. See Return of Service filed on September 17, 2019.  [Dkt No. 7].

3. Service on Defendant was made by Michael Hadden, a certified process server with Premier Process Service of WNY, Inc. [Dkt No. 7].

4. On August 30, 2019, Defendant's time to file a responsive pleading passed without Defendant making any filings.

5. To date, Defendant has not filed responsive pleading to Plaintiff's Complaint nor has it sought an extension from this Court to file such pleading.

WHEREFORE, Plaintiff respectfully requests that the Clerk of the Court enter a default against AMERICAN ELITE RECOVERY, LLC and for any other relief deemed appropriate and equitable.

Dated: September 17, 2019         /s/ Nathan C. Volheim, Admitted PHV
                                  Nathan C. Volheim, Esq.
                                  Sulaiman Law Group, Ltd.
                                  2500 South Highland Avenue, Suite 200
                                  Lombard, Illinois 60148
                                  Phone: (630) 568-3056
                                  Fax: (630) 575-8188
                                  nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on September 17, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST AMERICAN ELITE RECOVERY, LLC, to be served by U.S. Certified mail to:

American Elite Recovery, LLC
1561 Kenmore Avenue
Kenmore, NY 14217

American Elite Recovery, LLC
Attn: Mark Miller
1561 Kenmore Avenue
Kenmore, NY 14217

Respectfully submitted,

s/ *Nathan C. Volheim (Admitted PHV*)
Nathan C. Volheim, Esq