**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DAWN M. SAMPSON

        VS        CASE NO. 3:19-CV-2683-RV-MJF

AMERICAN ELITE RECOVERY,
LLC and LAW FIRM OF KARL
FRANKOVITCH, LLC,

**REFERRAL AND ORDER**

Referred to Judge Vinson on   10/24/2019
Type of Motion/Pleading   Motion for Default Judgment Against American Elite Recovery, LLC and Law Firm of Karl Frankovitch, LLC
Filed by:   Plaintiff   on   10/1/2019   Doc. No.   11
Stipulated/Consented/Joint Pleading/Unopposed
Response:            on            Doc. No.

        JESSICA J. LYUBLANOVITS
        CLERK OF COURT
        /s/   *Sylvia Williams*
        Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 24th day of October, 2019, that:

    The requested relief is GRANTED.  Default Judgment shall be entered by the Clerk of Court.

        /s/ *Roger Vinson*
        ROGER VINSON
        SENIOR UNITED STATES DISTRICT JUDGE