# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DAWN M. SAMPSON,

    Plaintiff,

v.                               Case No. 3:19cv2683/RV/MJF

AMERICAN ELITE RECOVERY, LLC and LAW FIRM OF KARL FRANKOVITCH, LLC,

    Defendants.
_____/

## DEFAULT JUDGMENT

Judgment by default is entered in favor of Plaintiff DAWN M. SAMPSON and against Defendants, AMERICAN ELITE RECOVERY, LLC and LAW FIRM OF KARL FRANKOVITCH, LLC, as follows:

    a. Statutory Damages     $2,000.00
    b. Actual Damages       $1,500.00
    c. Attorney fees         $3,275.00
    d. Costs (Statutory)      $ 648.60

Judgment interest shall accrue at the legal rate.

DATED this 24th day of October, 2019.

                                    JESSICA J. LYUBLANOVITS
                                    CLERK OF COURT

                                    /s/ Sylvia Williams
                                    Deputy Clerk